UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN ZARATE, an individual, and MARIA GALLO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> AURORA LOAN SERVICES LLC, QUALITY LOAN SERVICE CORP., Trustee, LEHMAN BROTHERS BANK FSB, IN ITS INDIVIDUAL CORPORATE CAPACITY AND AS TRUSTEE; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; and DOES 1 through 100, inclusive. | CASE NO. CV 11-7359 MMM (FMOx) <br><br><br><br> JUDGMENT FOR DEFENDANTS |

On June 7, 2012, the court granted defendants' motion to dismiss all of plaintiff Ivan Zarate's claims with prejudice. Although the court also dismissed all of the claims asserted by plaintiff Maria Gallo, it granted her leave to amend several of the claims. On June 26, 2012,

1  Gallo filed a notice of voluntary dismissal without prejudice. Accordingly,

3       IT IS ORDERED AND ADJUDGED that
4       1.    That plaintiffs take nothing by way of their complaint;
5       2.    That Zarate's claims be dismissed with prejudice.
6       3.    That Gallo's quiet titled claim and her unfair competition claim against defendant Quality Loan Service Corporation be dismissed with prejudice; and
8       4.    That the remainder of Gallo's claims be dismissed without prejudice.

DATED: June 30, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2